1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
   FRANK J. RIEBLI (CABN 221152)
5  SHIAO C. LEE (CABN 257413)
   Assistant United States Attorneys
6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (510) 637-3680
       FAX: (510) 637-3724
8      Frank.Riebli@usdoj.gov
       Shiao.Lee@usdoj.gov
9
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-043 YGR |
| Plaintiff, | STIPULATION and |
| v. | [PROPOSED] |
| DANIEL JAMES, GEORGE MOORE, JR., TERRY WALKER SR., DALE DAVIS, PAUL RIVERA, DARRYL WASHINGTON, CAMERON MOORE-WILLIAMS, DEANTAE KENNEDY-PALMER, DARRELL MURPHY JR., STERLING WALKER, DESHAWN LEMONS-WOODARD, and VERNELL THROWER, | ORDER |
| Defendants. | |

With the agreement of the parties, the Court entered a Protective Order in the above captioned case. See Doc. 81 attached hereto as Exhibit 1. Since then, defendants Deshawn Lemons-Woodard and Cameron Moore-Williams and their respective counsels have appeared in the case. Those defendants,

through their counsels, agree to sign onto and abide by the terms of the Protective Order entered in the case.

IT IS SO STIPULATED.

DATED: May 6, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
FRANK J. RIEBLI
SHIAO C. LEE
Assistant United States Attorneys

/s/
GEORGE BOISSEAU
Attorney for Deshawn Lemons-Woodard

/s/
JULIA JAYNE
ASHLEY RISER
Attorney for Cameron Moore-Williams

IT IS SO ORDERED.

DATED: May_7_, 2019

HON. YVONNE GONZALEZ-ROGERS
United States District Judge