**P̶R̶O̶P̶O̶S̶E̶D̶ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | Honorable Kandis A. Westmore<br>U.S. Magistrate Judge | RE: | Cameron Moore-Williams |
| FROM: | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | Docket No.: | 4:19-cr-00043-YGR-7 |

**Date:** 6/5/19

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Victoria Gibson                                                                 510-637-3752

U.S. Pretrial Services Officer                                          **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ___TBD___ on ___6/10/19___ at ___11:30 am___.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____   Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

   1)

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_/s/ Kandis Westmore_                              6/6/19
**JUDICIAL OFFICER**                               **DATE**